MJStar Reporting:INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 3min

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                        CASE NO:    4:11CR00062-03 BRW

Jake Murphy

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 28 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 4/28/2011         Deft is ✓ is not____ in custody
Continued Until:_____        ____ Deft did not appear
Reason for continuance_____      ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney :   **John Ray White**
Defense Counsel: ___CJA- Patrick Benca___  (Appointed) Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty  ✓                  )    Not Guilty_____ )
Guilty (indicates desire)_____ )    Guilty_____ )
Nolo Contendere (desire)_____ )    Nolo Contendere (_____ )

____✓____ Demands Trial by Jury        _____ Waives Jury Trial
                                               Deft agrees _____
                                               Govt agrees _____

### BAIL

Bail Set at:_____ By:_____ Date:_____
(in state custody) — detainer to be lodged

Bail Changed to:_____ By:_____ Date:_____

Number of Days estimated for Trial: **1 week.**
Estimated Trial Date: **5/31/2011 @ 9:00 a.m.**, before the Honorable Judge Billy Roy Wilson in Room A401.  All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.

Other:_____

**DATE:  4/28/2011**          SO ORDERED:_____
                                         U. S. MAGISTRATE JUDGE