

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO. 4:11CR00062-03 BRW

JAKE MURPHY                                                 DEFENDANT

### ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his posting bond or otherwise arranging terms of release from the custody of the state.

IT IS THEREFORE ORDERED that the U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS THEREFORE ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport him to the United States District Court for the Eastern District of Arkansas.

DATED this _28_ day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE