IN THE UNITED STATES COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 4:11CR00062 BRW |
| ) | |
| JASON BARNWELL ) | |
| JAKE MURPHY ) | |
| DUSTIN HAMMOND ) | |
| WENDT TREYBIG ) | |

UNITED STATES' MOTION FOR LIMITED UNSEALING
OF PLEA AGREEMENT ADDENDUM

Comes now the United States of America, by and through the undersigned counsel, and for its Motion for Limited Unsealing of Plea Agreement Addendum, states:

The defendants in the above-captioned case may testify in the upcoming trial of *United States v. Gary Dodson*, 4:11CR00062 BRW. For the purposes of making full and complete disclosures under *Giglio*, the United States requests that the Court approve a limited unsealing of the addendum to the defendant's plea agreement for the purpose of disclosing that agreement to defense counsel for Dodson and disclosing the contents of that agreement during the Dodson trial. The United States submits that, if the motion is granted, the addendum shall not be posted on PACER but rather distributed by the under-signed in hard copy in accordance with this request.

                                                CHRISTOPHER R. THYER
                                                United States Attorney

                                                By   /s/ *John Ray White*
                                                John Ray White
                                                Assistant United States Attorney
                                                Eastern District of Arkansas
                                                Bar Number 91003
                                                P.O. Box 1229
                                                Little Rock, AR 72203
                                                501-340-2600
                                                Email:  John.White2@usdoj.gov

˘2˘

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to Mr. Steven Davis, Mrs. Misty Borkowski, Mr. Jim Phillips, Mr. Patrick Benca and Mr. Stuart Vess, the defense counsel of record.

                                                 */s/ John Ray White*
                                                 John Ray White